

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00198-CV

IN RE DONNA LEE ANDERSON            RELATOR[S]

------------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. 324-410099-06

------------

## ORDER OF DISCHARGE ON WRIT OF HABEAS CORPUS

------------

**TO THE SHERIFF OF TARRANT COUNTY, TEXAS:**

In re Donna Lee Anderson, relator, has petitioned the Court of Appeals for the Second District of Texas for a writ of habeas corpus, alleging that she is illegally restrained of her liberty by you in Tarrant County, Texas by virtue of a writ of commitment from the 324th District Court of Tarrant County, Texas.

On Friday, June 20, 2014, the Court of Appeals for the Second District of Texas filed relator's petition and ordered as follows:

The court has considered relator's petition for writ of habeas corpus and motion for emergency relief and is of the tentative opinion that relator may be entitled to the relief sought or that a serious question concerning the relief requires further consideration. Thus, relator shall be immediately discharged on execution and filing of a bond in the amount of $500.00 and to be approved by the Sheriff of Tarrant County, Texas, pending a final determination of relator's petition for writ of habeas corpus and until otherwise ordered by this court.

Therefore, you are commanded to immediately discharge relator if you take the bond of relator in the sum of $500.00 in the terms and conditions of law that she will abide by the decision of this court, which bond you will approve in your official capacity and forward to the clerk of this court.

Execute this order of discharge on writ of habeas corpus under the penalties prescribed by law.

ISSUED June 20, 2014.

ATTEST: _Anne Gardner_
ANNE GARDNER
JUSTICE

DEBRA SPISAK, CLERK

_Debra Spisak_
By: Kent Moore, Deputy Clerk

## RETURN

I waive formal service upon me of this order of discharge on writ of habeas corpus, and under the authorization and direction I have received from the clerk of the Court of Appeals for the Second District of Texas, I have discharged In re Donna Lee Anderson, relator, from my custody upon taking, approving, and transmitting to the clerk the bond prescribed in the order of discharge on writ of habeas corpus.

Executed and returned to the court on this _____ day of _____, 20___.

_____